**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARDELL VAN MATHIS,

        Plaintiff,

   v.

ALAMEDA COUNTY SHERIFF'S DEPUTY
D. MILLS,

        Defendant.
_____/

No. C 14-01966 DMR (PR)

**ORDER VACATING HEARING**

    Good cause appearing, the hearing noticed in this matter on Defendant's motion for summary judgment for March 26, 2015 is hereby VACATED.

    The motion will be decided without a hearing.

    IT IS SO ORDERED.

Dated: February 20, 2015

_____
DONNA M. RYU
United States Magistrate Judge

P:\PRO-SE\DMR\CR.14\Mathis1966.VacateHearing.wpd